**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Tiffany Ann Saxonmeyer** | JOINT DEBTOR: | | CASE NO.: | **15-25669** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-9760** | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ **1,979.00** for months **1** to **36** ;
    B.  $ _____ for months ___ to ___ ;
    C.  $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **1,700.00**  TOTAL PAID $ **700.00**
                Balance Due    $ **1,000.00** payable $ **111.11** /month (Months **1** to **9** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Selene Finance 5750010013738**  Arrearage on Petition Date  $ **0.00**
   Address: **9990 Richmond Ave Ste 40; Houston, TX 77042**
   Arrears Payment  $ **0.00** /month (Months **0** to **0** )
   Account No: **xxxxxxxx3738**
   Regular Payment  $ **1,662.00** /month (Months **1** to **36** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**  Total Due  $ _____
         Payable  $ _____ /month  (Months ___ to ___ )  Regular Payment $ _____

Unsecured Creditors: Pay $ **117.41** /month (Months **9** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
 **-NONE-**
**Assumed Contracts and/or Leases**
 **-NONE-**
    **Debtor will file a Verified Motion for referal to MMM.**
    **Special Intentions:**
    **Wells Fargo Bank 68168113931541998: Debtor intends to avoid lien.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  **/s/ Tiffany Ann Saxonmeyer**
  **Tiffany Ann Saxonmeyer**
  Debtor

Date: **September 11, 2015**