IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**TIFFANY ANN SAXONMEYER**                             **CASE NO.: 15-25669-EPK**
                                                                                                 **CHAPTER 13**
**Debtor**
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** TIFFANY ANN SAXONMEYER**,** ("Debtor"), by and through the undersigned counsel, and pursuant to 11 U.S.C. § 1307(b), files this Notice of Voluntary Dismissal of Chapter 13 Case filed on August 28, 2015. This case has not been converted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 19, 2015 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

/s/ Steven R. Serra
Steven R. Serra
C. Anthony Rumore, P.A.
515 Southwest 1st Avenue
Fort Lauderdale, FL 33301
PH:  954-942-2414
FX:  954-942-2415
Attorney for Debtor
sserra@rumorelaw.com
Florida Bar No. 132322